1 | Geoffrey C. Lyon, Bar No. 132747
**LYON LAW, P.C.**
2 | 360 Long Beach Boulevard, Ste. 311
Long Beach, California 90807
3 | Telephone: 62.426.2112
Fax: 888.239.2462
4 | glyon@lyonlawyer.com

5 | Attorneys for Plaintiff
JAROD ALA
6 |

7 | Irene V. Fitzgerald, Bar No. 266949
Vanessa M. Cohn, Bar No. 314619
8 | Caroline Lutz, Bar No. 274836
**LITTLER MENDELSON, P.C.**
9 | 5200 N. Palm Ave., Ste. 302
Fresno, California 93704
10 | Telephone: 9.244.7 00
Fax: 9.244.7 2
11 | ifitzgerald@littler.com
vcohn@littler.com
12 | clutz@littler.com

13 | Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAROD SALAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION; AMANTHA EGURA; and, DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 5:22-CV-00978-MEMF-KK<br><br>ASSIGNED TO HON. MAAME EWU I-MEN AH FRIMPONG FOR ALL PURPO E<br><br>ASSIGNED TO HON. KENLY KIYA KATO FOR DI COVERY MATTER<br><br>**[PROPOSED] ORDER re: STIPULATED PROTECTIVE ORDER**<br><br>Trial: November 13, 2023<br>Pretrial Conference: October 25, 2023<br>Fact Discovery Deadline: May 10, 2023 Complaint filed in tate Court: April 12, 2022, an Bernardino County uperior Court Case No. CIV B 220761 |

## IV. [PROPOSED] ORDER

Pursuant to the foregoing Stipulation of the Parties and for good cause shown,

IT IS SO ORDERED.

Dated: January 25, 2023

HON. KENLY KIYA KATO
United States Magistrate Judge

4856-9200-6731.1 / 052067-1715